IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Rosalind D. Rainey-Stiggers, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:13cv517 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on February 2, 2015 (Doc. 24), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 20, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is **AFFIRMED**.  This matter is hereby closed on the docket of this Court.

IT IS SO ORDERED.

                                                          ___s/Susan J. Dlott_____
                                                          Judge Susan J. Dlott
                                                          United States District Court